IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-564-GCM

| | | |
|---|---|---|
| WILLIAM D. POPE, SR., | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ABF FREIGHT SYSTEM, INC., | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. This Court has received the Designation of Mediator. However, a mediation date has yet to be scheduled. To allow time for this case to proceed to mediation, the trial in this matter is hereby **RE-SET** for **February 10, 2020.**

IT IS SO ORDERED.

Signed: August 19, 2019

Graham C. Mullen
United States District Judge